118 F.3d 1579
 Jeffrey Williams
v.
Marvin T. Runyon, Postmaster General, U.S. Postal Service,
James Dennis, Plant Manager, James Bett, Operation Manager,
Deborah Smith, Labor Relations, Bernice Gay, Operation
MAnager, John Farrell, SUpervisor, Larry Nesmith,
Supervisor, Larry Nesmith, Supervisor, Ms. Dennis, Time Unit
Supervisor, First NAme Known, Francis Reavis, Office
Manager, Dennis Bowie, Union Official, William Fraizer,
Union Official, Zera Wright, Union Official, Tammie Crutter,
 NO. 96-5771
 United States Court of Appeals,
Third Circuit.
 June 19, 1997
 
 Appeal From: D.N.J. ,Nos.955194, 955408 ,
 Lechner, J.
 
 
 1
 Affirmed.